**Seyfarth**

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

February 7, 2020

**VIA ECF**

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/20

Hon. Ronnie Abrams
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Courtroom 1506
New York, NY 10007

Re: *Mendez v. The Men's Wearhouse, Inc.*, Civil Action No.: 1:19-cv-11765-RA

Dear Judge Abrams:

This firm represents Defendant The Men's Wearhouse, Inc. ("Defendant") in the above-referenced action. We write, with Plaintiff's consent, to respectfully request an extension of the deadline to respond to the Complaint, up to and including March 12, 2020.

By way of background, Plaintiff filed the Complaint on December 23, 2019. (ECF No. 1.) Defendant was served on January 21, 2020. Accordingly, the present deadline for responding to the Complaint is February 11, 2020. We respectfully request that this deadline be extended up to and including March 12, 2020. This is the first request for an extension of this deadline which, if granted, will not affect any other scheduled dates. It is not intended to cause undue delay, but instead to provide additional time for Defendant to investigate the allegations in the Complaint. The undersigned has communicated with counsel for Plaintiff, and Plaintiff consents to this request.

We thank the Court for its time and attention to this matter, and for its consideration of this application.



Hon. Ronnie Abrams
February 7, 2020
Page 2

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*

John W. Egan

cc: All counsel of record (via ECF)

APPLICATION GRANTED
SO ORDERED

RONNIE ABRAMS, U.S.D.J.
2-7-20