

**Seyfarth**

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

> USDC-SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 3/4/2020

March 3, 2020

**VIA ECF**

# MEMO ENDORSED

Hon. Ronnie Abrams
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Courtroom 1506
New York, NY 10007

**Re:** *Mendez v. The Men's Wearhouse, Inc.*, **Civil Action No.: 1:19-cv-11765-RA**

Dear Judge Abrams:

This firm represents Defendant The Men's Wearhouse, Inc. ("Defendant") in the above-referenced action. We write, with Plaintiff's consent, to respectfully request an extension of the deadline to respond to the Complaint, up to and including April 13, 2020.

By way of background, Plaintiff filed the Complaint on December 23, 2019. (ECF No. 1.) On February 7, 2020, Defendant filed its first request for an extension of the responsive pleading deadline, which the court granted. (ECF No. 9.) Pursuant to the Court's Order, Defendant's current deadline to respond to the Complaint is March 12, 2020. (*Id.*)

Defendant respectfully requests that this deadline be extended by an additional thirty (30) days, up to and including April 13, 2020. This is the second request for an extension of this deadline which, if granted, will not affect any other scheduled dates. It is not intended to cause undue delay, but instead to provide additional time for Defendant to investigate the allegations in the Complaint and evaluate and prepare its response. The undersigned has communicated with counsel for Plaintiff, and Plaintiff consents to this request.

We thank the Court for its time and attention to this matter, and for its consideration of this application.

APPLICATION GRANTED
SO ORDERED

_____
RONNIE ABRAMS, U.S.D.J.
3-4-20